# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN D. LUKENS,**<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>**CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,**<br><br>    **Defendant.** | Civil Action No. 1:08-cv-00243-RMC |

## ERRATA

Plaintiff Steven D. Lukens respectfully submits this correction to the affidavits of service filed on March 11, 2008 as docket numbers 2-4.

Please find attached as Exhibit A the first page of the summons containing the case caption for the affidavit of service to the Attorney General [dkt. 2], as Exhibit B the first page of the summons containing the case caption for the affidavit of service to the U.S. Attorney for the District of Columbia [dkt. 3], and as Exhibit C the first page of the summons containing the case caption for the affidavit of service to Secretary of State Condoleezza Rice [dkt. 4].

Respectfully submitted, this 12th day of March, 2008.

ROPES & GRAY LLP

Dated:  March 12, 2008

OF COUNSEL:

Stuart W. Yothers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
T:  (212) 596-9000
F:  (212) 596-9090
stuart.yothers@ropesgray.com

Rudy Kleysteuber
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Washington, DC  20005
T:  (202) 508-4600
F:  (202) 508-4650
rudy.kleysteuber@ropesgray.com

By:/s/ James Hopenfeld
    James E. Hopenfeld
    (D.C. Bar No. 483985)
    One Metro Center
    700 12th Street, NW
    Washington, DC  20005
    T:  (202) 508-4600
    F:  (202) 508-4650
    james.hopenfeld@ropesgray.com

    Attorneys for Plaintiff,
    STEVEN D. LUKENS

7299312_1.DOC

## Certificate of Service

I hereby certify that on this 12th day of March, 2008, a true and correct copy of the foregoing Errata was served upon all parties by first class mail.

/s/ James E. Hopenfeld
James E. Hopenfeld

7299312_1.DOC

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEVEN D. LUKENS,
71 WEST 109th STREET, APT. 5B
NEW YORK, NEW YORK 10025

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, in her official capacity
as United States Secretary of State,
UNITED STATES DEPARTMENT OF STATE
2201 C STREET, N.W.
WASHINGTON, D.C. 20520

Case: 1:08-cv-00243
Assigned To : Collyer, Rosemary M.
Assign. Date : 2/13/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Hopenfeld
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB 13 2008

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEVEN D. LUKENS,
71 WEST 109th STREET, APT. 5B
NEW YORK, NEW YORK 10025

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, in her official capacity
as United States Secretary of State,
UNITED STATES DEPARTMENT OF STATE
2201 C STREET, N.W.
WASHINGTON, D.C. 20520

Case: 1:08-cv-00243
Assigned To : Collyer, Rosemary M.
Assign. Date : 2/13/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

United States Attorneys Office
c/o Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Hopenfeld
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 13 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEVEN D. LUKENS,
71 WEST 109th STREET, APT. 5B
NEW YORK, NEW YORK 10025

**SUMMONS IN A CIVIL CASE**

V.

CONDOLEEZZA RICE, in her official capacity
as United States Secretary of State,
UNITED STATES DEPARTMENT OF STATE
2201 C STREET, N.W.
WASHINGTON, D.C. 20520

Case: 1:08-cv-00243
Assigned To : Collyer, Rosemary M.
Assign. Date : 2/13/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

CONDOLEEZZA RICE, in her official capacity
as United States Secretary of State,
UNITED STATES DEPARTMENT OF STATE
2201 C STREET, N.W.
WASHINGTON, D.C. 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Hopenfeld
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB 13 2008

CLERK

DATE

(By) DEPUTY CLERK