IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, in her Official Capacity as )<br>Secretary of State for the Department of State )<br>)<br>Defendant. )<br>) | No. 08cv243 (RMK) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully moves this Court for an enlargement of time to Answer or otherwise respond to Plaintiff's Complaint on or before May 21, 2008. Undersigned counsel contacted Plaintiff's counsel, who indicated that he opposes this extension. As discussed below, good cause exists for this request for an extension of time.

Defendant's Answer to Plaintiff's Complaint is due April 21, 2008. Undersigned counsel was assigned to handle this matter on Thursday, March 13, 2008. Beginning Monday, March 17, 2008, undersigned counsel has been out of the office on Grand Jury Duty for D.C. Superior Court. The length of undersigned counsel's Grand Jury service is March 17, 2008 - April 18, 2008, Monday through Friday. Undersigned counsel will not return to the office until Monday, April 21, 2008. As a result of undersigned counsel's Grand Jury service, undersigned counsel has not had an opportunity to fully review the Complaint, and to discuss the Complaint with Defendant.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to and including May

21, 2008.

Dated: April 11, 2008                                   Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH LOBUE
Assistant Branch Director

_____/s/_____
HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/Federal Programs
Mail:   P.O. Box 883
         Washington, D.C.  20044
Street: 20 Massachusetts Ave., N.W.
         Room 7330
Washington, DC  20001
Ph:    (202) 616-0679
Fax:   (202) 318-7589
Email: heather.phillips@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN D. LUKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 08cv243 (RMK) |
| CONDOLEEZZA RICE, in her Official Capacity as ) | |
| Secretary of State for the Department of State ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come before the Court on Defendant's Motion for an Enlargement of Time to Answer or otherwise respond to Plaintiff's Complaint by May 21, 2008, it is hereby

ORDERED that Defendants' Motion is GRANTED.

**SO ORDERED.**

Dated: _____        _____