UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,              )<br>                                              )<br>          Plaintiff,                       )<br>                                              )<br>     v.                                     )<br>                                              )<br>CONDOLEEZZA RICE, in her official )<br>capacity as United States Secretary of )<br>State,                                    )<br>                                              )<br>          Defendant.                  )<br>                                              ) | Civil Action No. 08-243 (RMC) |

**ORDER**

Government counsel filed a motion for an extension of time to answer the Complaint because the case was newly assigned and counsel faced a month of Grand Jury duty in the Superior Court of the District of Columbia. *See* Dkt. # 6. Plaintiff objects. Three long years ago, he was denied a position as a Foreign Service Officer because he is HIV-positive; it has taken this long to get through the pre-litigation administrative process. The case is being defended by the Civil Division/Federal Programs office in the Department of Justice where there are about 100 attorneys. Plaintiff complains that the case should have been assigned more quickly and should have been assigned to an attorney who could file a timely answer.

While the Court sympathizes with Mr. Lukens's understandable desire for a faster pace, it has no sympathy for his lawyers, who filed an exaggeratedly distraught opposition *when they are not admitted to practice before this Court*. Putting "Pro Hac Vice Application to be filed" on

a pleading is not the same thing as actually being admitted to this Bar.

Counsel's Opposition is **STRICKEN** and the extension [Dkt. # 6] is **GRANTED**; the answer is due no later than May 21, 2008. The Deputy Clerk will set an Initial Scheduling Conference as soon as the answer is filed.

**SO ORDERED.**


Date: April 17, 2008                                   /s/
                                                       ROSEMARY M. COLLYER
                                                       United States District Judge