## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **STEVEN D. LUKENS,** | |
| **Plaintiff,** | Civil Action No. 1:08-cv-00243 (RMC) |
| **v.** | |
| **CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,** | |
| **Defendant.** | |

## MOTION TO GRANT STUART W. YOTHERS
## LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), counsel for plaintiff Steven D. Lukens hereby seeks

leave for Stuart W. Yothers to appear *pro hac vice* in this matter on behalf of Mr. Lukens.  As

grounds for this motion, movant submits the attached declaration by Mr. Yothers.

ROPES & GRAY LLP


By:   /s/ James E. Hopenfeld

Dated:  April 17, 2008                James E. Hopenfeld
                                      (D.C. Bar No. 483985)
                                      One Metro Center
                                      700 12th Street, NW
                                      Washington, DC  20005
                                      T:  (202) 508-4600
                                      F:  (202) 508-4650
                                      james.hopenfeld@ropesgray.com

                                      Attorney for Plaintiff,
                                      STEVEN D. LUKENS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN D. LUKENS,

       Plaintiff,

    v.

CONDOLEEZZA RICE, in her official
capacity as United States Secretary of State,

       Defendant.

Civil Action No. 1:08-cv-00243 (RMC)

## DECLARATION OF STUART W. YOTHERS

Stuart W. Yothers hereby declares:

1.    My full name is Stuart Wesley Yothers.

2.    My office address and telephone number are as follows:

    Stuart W. Yothers
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    (212) 596-9000
    (212) 596-9090 (fax).

3.    I have been admitted to the following bars, where I am a member in good

standing:

    State of New York (2005),
    Commonwealth of Massachusetts (2005), and
    The United States Patent and Trademark Office.

    I have also been admitted to practice in the following courts:

    U.S. Court of Appeals for the Federal Circuit,
    U.S. District Court for the Southern District of New York, and
    U.S. District Court for the Eastern District of New York.

4.     I have not been the subject of any disciplinary investigation, action, or grievance procedure, am not currently disbarred in other courts, and have not been denied admission to the courts of any state or any court of the United States.

5.     I have never been admitted *pro hac vice* in this Court.

6.     I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2008, in New York, New York

_____
Stuart W. Yothers

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**STEVEN D. LUKENS,**

          **Plaintiff,**

    **v.**

**CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,**

        **Defendant.**

Civil Action No. 1:08-cv-00243 (RMC)

### PROPOSED ORDER

Upon consideration of the Motion to Grant Stuart W. Yothers Leave to Appear *Pro Hac Vice*, it is hereby:

ORDERED, that the Court grants permission for Stuart W. Yothers to appear *pro hac vice* in this action on behalf of plaintiff Steven D. Lukens.

SIGNED this _____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge