IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN D. LUKENS,**<br><br>      **Plaintiff,**<br><br>   v.<br><br>**CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,**<br><br>      **Defendant.** | Civil Action No. 1:08-cv-00243 (RMC) |

### MOTION TO GRANT W. RUDOLPH A. KLEYSTEUBER IV
### LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), counsel for plaintiff Steven D. Lukens hereby seeks leave for W. Rudolph A. Kleysteuber IV to appear *pro hac vice* in this matter on behalf of Mr. Lukens. As grounds for this motion, movant submits the attached declaration by Mr. Kleysteuber.

                                                                                            ROPES & GRAY LLP

Dated: April 17, 2008

                                          By: /s/ James E. Hopenfeld
                                               James E. Hopenfeld
                                               (D.C. Bar No. 483985)
                                               One Metro Center
                                               700 12th Street, NW
                                               Washington, DC  20005
                                               T:  (202) 508-4600
                                               F:  (202) 508-4650
                                               james.hopenfeld@ropesgray.com

                                               Attorney for Plaintiff,
                                               STEVEN D. LUKENS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,<br><br>       Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,<br><br>       Defendant. | Civil Action No. 1:08-cv-00243 (RMC) |

## DECLARATION OF W. RUDOLPH A. KLEYSTEUBER IV

Rudy Kleysteuber hereby declares:

1. My full name is William Rudolph Arthur Kleysteuber IV.

2. My office address and telephone number are as follows:

   Rudy Kleysteuber
   Ropes & Gray LLP
   One Metro Center, Suite 900
   700 12th Street, N.W.
   Washington, D.C. 20005-3948
   (202) 508-4600
   (202) 508-4650 (fax).

3. I am a member in good standing of the Connecticut Bar (admitted in 2007) and the New York State Bar (admitted in 2008).

4. I have not been the subject of any disciplinary investigation, action, or grievance procedure, am not currently disbarred in other courts, and have not been denied admission to the courts of any state or any court of the United States.

5. I have never been admitted *pro hac vice* in this Court.

6.   I do engage in the practice of law from an office located in the District of Columbia, and my application to the District of Columbia Bar is pending.

I declare the foregoing is true and correct under penalty of perjury.

Executed on April 16th, 2008, in Washington, D.C.

_____
W. Rudolph A. Kleysteuber IV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN D. LUKENS,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,**<br><br>    **Defendant.** | Civil Action No. 1:08-cv-00243 (RMC) |

**PROPOSED ORDER**

Upon consideration of the Motion to Grant W. Rudolph A. Kleysteuber IV Leave to Appear *Pro Hac Vice*, it is hereby:

ORDERED, that the Court grants permission for W. Rudolph A. Kleysteuber IV to appear *pro hac vice* in this action on behalf of plaintiff Steven D. Lukens.

SIGNED this _____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge