IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,<br><br>      Plaintiff,<br><br>   v.<br><br>CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State<br><br>      Defendant. | No. 08-cv-00243 (RMC) |

**JOINT MOTION TO SET BRIEFING SCHEDULE
REGARDING DEFENDANT'S PARTIAL MOTION TO DISMISS**

Pursuant to District of Columbia Local Civil Rule 7(b), Plaintiff Steven D. Lukens and Defendant Condoleezza Rice respectfully request that the Court set the following briefing schedule for Plaintiff's opposition and Defendant's reply regarding Defendant's Partial Motion to Dismiss, filed May 21, 2008 [dkt. 11]. The parties are requesting this extended schedule due to the Memorial Day holiday and previously scheduled obligations of the parties' counsel on other matters.

In accordance with Local Civil Rule 7(m), the parties have conferred, and consistent with their agreement, they propose the following schedule:

- Plaintiff shall file his Memorandum of Opposing Points and Authorities no later than Monday, June 9, 2008; and

- Defendant shall file her Reply Memorandum no later than Wednesday, June 18, 2008.

A Proposed Order follows this motion.


Respectfully submitted, this 27th day of May, 2008.

| ROPES & GRAY LLP | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| By: */s/ James E. Hopenfeld* <br> James E. Hopenfeld <br> (D.C. Bar No. 483985) <br> W. Rudolph A. Kleysteuber (*pro hac vice*) <br> ROPES & GRAY LLP <br> One Metro Center <br> 700 12th Street, NW <br> Washington, DC  20005 <br> T:  (202) 508-4600 <br> F:  (202) 508-4650 <br> james.hopenfeld@ropesgray.com <br> rudy.kleysteuber@ropesgray.com <br><br> Stuart W. Yothers (*pro hac vice*) <br> ROPES & GRAY LLP <br> 1211 Avenue of the Americas <br> New York, NY  10036 <br> T:  (212) 596-9000 <br> F:  (212) 596-9090 <br> stuart.yothers@ropesgray.com <br><br> Attorneys for Plaintiff, <br> STEVEN D. LUKENS | By: */s/ Heather R. Phillips* <br> Heather R. Phillips <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division/Federal Programs <br> Mail:  P.O. Box 883 <br>        Washington, D.C. 20044 <br> Street: 20 Massachusetts Ave., N.W. <br>        Room 7222 <br>        Washington, D.C. 20010 <br> T:  (202) 616-0679 <br> F:  (202) 616-8470 <br> Email: heather.phillips@usdoj.gov <br><br> Attorney for Defendant, <br> CONDOLEEZZA RICE |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN D. LUKENS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State**<br><br>**Defendant.** | No. 08-cv-00243 (RMC) |

**PROPOSED ORDER**

THIS MATTER having come before the Court on the parties' Joint Motion To Set Briefing Schedule Regarding Defendant's Partial Motion To Dismiss, it is hereby

ORDERED that the briefing schedule for Defendant's Partial Motion to Dismiss [dkt. 11] shall be as follows:

- Plaintiff shall file his Memorandum of Opposing Points and Authorities no later than Monday, June 9, 2008; and

- Defendant shall file her Reply Memorandum no later than Wednesday, June 18, 2008.

SIGNED this _____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge

3616138_1.DOC