IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,<br><br>      Plaintiff,<br><br>  v.<br><br>CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State<br><br>      Defendant. | No. 08-cv-00243 (RMC) |

## UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS

Pursuant to District of Columbia Local Civil Rule 7(b), Plaintiff Steven D. Lukens respectfully requests that the Court extend the time for Plaintiff to file his Memorandum of Opposing Points and Authorities until Wednesday, June 11, 2008. Plaintiff's attorney Stuart W. Yothers spoke with Defendant's counsel today. The parties are discussing matters relating to Defendant's motion, and the parties are requesting more time for those discussions.

In accordance with Local Civil Rule 7(m), the parties have conferred, and Defendant's counsel does not oppose this motion.

A Proposed Order follows this motion.

Respectfully submitted, this 9th day of June, 2008.

                    ROPES & GRAY LLP

By:   */s/ James E. Hopenfeld*
     James E. Hopenfeld
     (D.C. Bar No. 483985)
     W. Rudolph A. Kleysteuber (*pro hac vice*)
     ROPES & GRAY LLP
     One Metro Center
     700 12th Street, NW
     Washington, DC  20005
     T:  (202) 508-4600
     F:  (202) 508-4650
     james.hopenfeld@ropesgray.com
     rudy.kleysteuber@ropesgray.com

     Stuart W. Yothers (*pro hac vice*)
     ROPES & GRAY LLP
     1211 Avenue of the Americas
     New York, NY  10036
     T:  (212) 596-9000
     F:  (212) 596-9090
     stuart.yothers@ropesgray.com

     Attorneys for Plaintiff,
     STEVEN D. LUKENS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**STEVEN D. LUKENS,**

    **Plaintiff,**

  v.

**CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State**

    **Defendant.**

No. 08-cv-00243 (RMC)

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion To Extend Time For Plaintiff's Opposition To Defendant's Partial Motion To Dismiss [dkt. 11], it is hereby

ORDERED that Plaintiff shall file his Memorandum of Opposing Points and Authorities no later than Wednesday, June 11, 2008.

SIGNED this _____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge

3623641_1.DOC