IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State<br><br>　　　　Defendant. | No. 08-cv-00243 (RMC) |

**JOINT STIPULATION AND PROPOSED ORDER**

　　　　Pursuant to Federal Rule of Civil Procedure 15, Plaintiff has on this date filed his First Amended Complaint.  In view of the fact that Plaintiff's First Amended Complaint omits Counts Two-Four of his original Complaint respecting claims under the APA and the U.S. Constitution, Defendant's motion to dismiss those claims, see Docket No. 11, is moot and hereby withdrawn, with each party to bear its own fees and costs.  Defendant stipulates that she will file an Answer to Plaintiff's First Amended Complaint within ten days of service of Plaintiffs' First Amended Complaint.  Defendant further stipulates that she will not

move to dismiss Plaintiff's First Amended Complaint prior to filing her Answer to Plaintiffs' First Amended Complaint.

A proposed order is attached.

Respectfully submitted, this 11th day of June, 2008.

| ROPES & GRAY LLP | U.S. DEPARTMENT OF JUSTICE |
|---|---|
| By: ___/s/ James E. Hopenfeld___<br>James E. Hopenfeld<br>(D.C. Bar No. 483985)<br>W. Rudolph A. Kleysteuber (*pro hac vice*)<br>ROPES & GRAY LLP<br>One Metro Center<br>700 12th Street, NW<br>Washington, DC  20005<br>T:  (202) 508-4600<br>F:  (202) 508-4650<br>james.hopenfeld@ropesgray.com<br>rudy.kleysteuber@ropesgray.com<br><br>Stuart W. Yothers (*pro hac vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY  10036<br>T:  (212) 596-9000<br>F:  (212) 596-9090<br>stuart.yothers@ropesgray.com<br><br>Attorneys for Plaintiff,<br>STEVEN D. LUKENS | By:  */s/ Heather R. Phillips*<br>    Heather R. Phillips<br>    Trial Attorney<br>    U.S. Department of Justice<br>    Civil Division/Federal Programs<br>    Mail:  P.O. Box 883<br>              Washington, D.C. 20044<br>    Street: 20 Massachusetts Ave., N.W.<br>              Room 7222<br>              Washington, D.C. 20010<br>    T:  (202) 616-0679<br>    F:  (202) 616-8470<br>    Email: heather.phillips@usdoj.gov<br><br>    Attorney for Defendant,<br>    CONDOLEEZZA RICE |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,<br><br>  Plaintiff,<br><br>  v.<br><br>CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State<br><br>  Defendant. | No. 08-cv-00243 (RMC) |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the parties' Joint Stipulation and Proposed Order Regarding Defendant's Partial Motion to Dismiss [dkt. 11], it is hereby

ORDERED that because Plaintiff has filed his First Amended Complaint, and in view of the fact that Plaintiff's First Amended Complaint omits Counts Two-Four of his original Complaint respecting claims under the APA and the U.S. Constitution, Defendant's motion to dismiss those claims, see Docket No. 11, is moot and hereby withdrawn, with each party to bear its own fees and costs.

SIGNED this _____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge