IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN D. LUKENS,**<br><br>      **Plaintiff,**<br><br>   **v.**<br><br>**CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,**<br><br>      **Defendant.** | Civil Action No. 08-cv-00243 (RMC) |

**JOINT REPORT AND PROPOSED DISCOVERY PLAN
PURSUANT TO FED. R. CIV. P. 26(f) AND L.Cv.R 16.3(d)**

Pursuant to Federal Rules of Civil Procedure ("FRCP") 16 and 26(f), and L.Cv.R. 16.3, counsel for the parties conferred by teleconference on May 29, 2008. During that teleconference, counsel for the parties: (i) discussed the matters set forth in L.Cv.R. 16.3(c); (ii) made arrangements for the disclosures required by FRCP 26(a)(1); and (iii) worked to develop a proposed discovery plan. The following discussion summarizes the proposed discovery plan and sets forth the respective positions of the parties where no agreement was reached.

      **1.**      **Motion to Dismiss**

Plaintiff has filed his First Amended Complaint, and Defendant has withdrawn her Partial Motion to Dismiss. The parties have set forth a proposed discovery plan below.

      **2.**      **Joinder of Parties, Amendment of Pleadings, Narrowing of Issues**

Any motions to amend the pleadings or to join other parties shall be made on or before August 28, 2008.

### 3. Assignment to a Magistrate Judge

The parties do not consent to the assignment of this case to a magistrate judge for all purposes, including trial.

### 4. Settlement Possibility

The parties discussed the possibility of settlement at this stage of the case. The parties are open to holding settlement discussions, but believe such discussions are premature at this early stage. The parties have agreed to discuss this topic again after some initial discovery is taken.

### 5. Alternative Dispute Resolution

The parties do not believe that the Court's available ADR procedures would be beneficial at this time. The parties have agreed to discuss this topic again after some initial discovery is taken and after they have explored the possibility of settlement further.

### 6. Dispositive Motions

In the attached proposed schedule, the parties have proposed that opening briefs on any case dispositive motions be filed on June 1, 2009; opposition briefs be filed July 1, 2009; and reply briefs be filed on July 16, 2009.

### 7. Initial Disclosures

The parties will exchange the disclosures required by Rule 26(a)(1), Fed. R. Civ. P. on June 30, 2008.

### 8. Discovery Matters

Fact discovery shall conclude on January 30, 2009.

The parties have agreed that discovery should proceed in accordance with the limits set forth in the Federal Rules of Civil Procedure. However, Plaintiff reserves the right to seek leave of the Court to take additional depositions if he believes any are necessary.

The parties also state that a protective order will be necessary due to the nature of the documents that may be sought in discovery.

### 9. Expert Witnesses

Regarding expert discovery, the parties' expert reports shall be served on March 2, 2009. Rebuttal expert reports shall be served on April 1, 2009. Expert discovery, including expert witness depositions shall conclude on May 1, 2009.

### 10. Class Certification

L.Cv.R. 16.3(c)(10) is not applicable to this case.

### 11. Bifurcation

The parties agree that no part of discovery or trial should be bifurcated or managed in phases.

### 12. Pretrial Conference

The parties agree that the pretrial conference should take place within 30 days of the ruling on any case dispositive motions that do not dispose of all of the issues for trial. The parties understand that the trial date shall be set from 30 to 60 days after the pretrial conference.

### 13. Trial Date

The parties agree that a trial date should be set at the pretrial conference from 30 to 60 days after the pretrial conference.

### 14. Other Matters

The parties have agreed that all papers (other than voluminous documents or exhibits) are to be served by e-mail addressed to the designated recipients of the receiving party.

The designated recipients and mailing addresses for each party are as follows:

For Plaintiff:

    James E. Hopenfeld  (james.hopenfeld@ropesgray.com)
    Stuart W. Yothers (stuart.yothers@ropesgray.com)
    Rudy Kleysteuber (rudy.kleysteuber@ropesgray.com)
    Ropes & Gray LLP
    One Metro Center
    700 12th Street, NW
    Washington, DC  20005

For Defendant:

    Heather R. Phillips (heather.phillips@usdoj.gov)
    U.S. Department of Justice
    Civil Division/Federal Programs
    P.O. Box 883
    Washington, D.C. 20044

A proposed scheduling order is attached herewith.

Respectfully submitted,

| | |
|---|---|
| */s/ James E. Hopenfeld* | */s/ Heather R. Phillips* |
| James E. Hopenfeld | Heather R. Phillips |
| (D.C. Bar No. 483985) | Trial Attorney |
| W. Rudolph A. Kleysteuber (*pro hac vice*) | U.S. Department of Justice |
| ROPES & GRAY LLP | Civil Division/Federal Programs |
| One Metro Center | Mail:   P.O. Box 883 |
| 700 12th Street, NW |            Washington, D.C. 20044 |
| Washington, DC  20005 | Street: 20 Massachusetts Ave., N.W. |
| T:  (202) 508-4600 |            Room 7222 |
| F:  (202) 508-4650 |            Washington, D.C. 20010 |
| james.hopenfeld@ropesgray.com | T:  (202) 616-0679 |
| rudy.kleysteuber@ropesgray.com | F:  (202) 616-8470 |
| | Email: heather.phillips@usdoj.gov |
| Stuart W. Yothers (*pro hac vice*) | |
| ROPES & GRAY LLP | Attorney for Defendant, |
| 1211 Avenue of the Americas | CONDOLEEZZA RICE |
| New York, NY  10036 | |
| T:  (212) 596-9000 | |
| F:  (212) 596-9090 | |
| stuart.yothers@ropesgray.com | |
| | |
| Attorneys for Plaintiff, | |
| STEVEN D. LUKENS | June 11, 2008 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**STEVEN D. LUKENS,**

      **Plaintiff,**

  v.

**CONDOLEEZZA RICE, in her official capacity as United States Secretary of State,**

      **Defendant.**

Civil Action No. 08-cv-00243 (RMC)

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Joint Report And Proposed Discovery Plan Pursuant To Fed. R. Civ. P. 26(f) And L.Cv.R 16.3(d), and finding good cause therefore, it is hereby

ORDERED that the following deadlines shall govern this litigation:

The parties will exchange the disclosures required by Rule 26(a)(1), Fed. R. Civ. P. on June 30, 2008.

Any motions to amend the pleadings or to join other parties shall be made on or before August 28, 2008.

Fact discovery shall conclude on January 30, 2009.

Opening expert reports shall be served on March 2, 2009.

Rebuttal expert reports shall be served on April 1, 2009.

Expert discovery, including expert witness depositions shall conclude on May 1, 2009.

Opening briefs on any case dispositive motions shall be filed on June 1, 2009.

Opposition briefs to any case dispositive motions shall be filed on July 1, 2009.

Reply briefs regarding any case dispositive motions shall be filed on July 16, 2009.

No pretrial conference shall be scheduled at this time. If no party files a case dispositive motion on June 1, 2009, the parties shall inform the Court and a pretrial conference shall be scheduled. Otherwise, the pretrial conference shall be scheduled within 30 days of the ruling on any case dispositive motions that do not dispose of all of the issues for trial.

The Court shall set a trial date at the pretrial conference from 30 to 60 days after the pretrial conference.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge