IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS,<br><br>    Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE, in her official capacity as Secretary of State for the Department of State<br><br>    Defendant. | No. 08-cv-00243 (RMC) |

## [PROPOSED] ORDER

THIS MATTER having come before the Court on the parties' Joint Stipulation and Proposed Order Regarding Defendant's Partial Motion to Dismiss [dkt. 11], it is hereby

ORDERED that because Plaintiff has filed his First Amended Complaint, and in view of the fact that Plaintiff's First Amended Complaint omits Counts Two-Four of his original Complaint respecting claims under the APA and the U.S. Constitution, Defendant's motion to dismiss those claims, see Docket No. 11, is moot and hereby withdrawn, with each party to bear its own fees and costs.

SIGNED this _12_ day of _June_____, 2008.

_____
Hon. Rosemary M. Collyer
United States District Judge