IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN D. LUKENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONDOLEEZZA RICE, in her Official Capacity as ) <br> Secretary of State for the Department of State ) <br> ) <br> Defendant. ) <br> ) | No. 08cv243 (RMC) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Nicholas Cartier as counsel of record for Defendant in the above-captioned case.

          Respectfully submitted,

          s/ Nicholas Cartier
          NICHOLAS CARTIER
          D.C. Bar No. 495850
          Trial Attorney
          Department of Justice
          Federal Programs Branch
          20 Massachusetts Ave., N.W., Room 7224
          Washington, D.C.  20530
          202-616-8351 (phone)
          202-616-8470 (fax)
          Nicholas.Cartier@usdoj.gov

          *Counsel for Defendant*

Dated: August 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, a copy of the foregoing pleading was filed electronically via the Court's ECF system, through which a notice of the filing will be sent to all counsel of record.

                                            s/ Nicholas Cartier
                                            NICHOLAS CARTIER