# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN D. LUKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-243 (RMC) |
| ) | |
| CONDOLEEZZA RICE, in her official ) | |
| capacity as United States Secretary of ) | |
| State, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on August 28, 2008, it is hereby **ORDERED** that:

1. Fact discovery shall be completed no later than January 30, 2009. The parties shall conduct discovery in accordance with the limits set forth in the Federal Rules of Civil Procedure.

2. Each party's designation of experts and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than March 2, 2009. Rebuttal expert reports shall be served no later than April 1, 2009.

3. Expert discovery, including expert witness depositions, shall conclude no later than May 1, 2009.

4. Dispositive motions shall be filed no later than June 1, 2009; oppositions shall be filed no later than July 1, 2009; and replies shall be filed no later than July 16, 2009. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing

      of good cause.  The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

5. No pretrial conference shall be scheduled at this time.  If no party files a dispositive motion on June 1, 2009, the parties shall inform the Court and a pretrial conference shall be scheduled by the Deputy Clerk of the Court.  Otherwise, the pretrial conference shall be scheduled after the ruling on any dispositive motions that do not dispose of all of the issues for trial.

6. Discovery material shall not be filed with the Court unless so ordered.  *See* LCvR 5.2(a).

7. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery.  Counsel are referred to LCvR 26.2 and expected to conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention.  In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

8. A post-fact discovery status conference is scheduled for 10:00 a.m. on February 6, 2009.  Trial counsel shall appear at all hearings, unless excused by the court in advance of the hearing date.

9. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a

      Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

10.    This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4.

      **SO ORDERED.**

Date: September 2, 2008                                 /s/
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge